| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Deborah R. Bronner (Cal. Bar No. 130305)<br>LAW OFFICES OF DEBORAH R. BRONNER<br>11600 Washington Place, Suite 116A<br>Los Angeles, CA 90066<br>Telephone: (310) 572-1286<br>Facsimile: (310) 572-0112<br>Email: debbronner@aol.com | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>10/26/2016<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |
| ☐ Individual appearing without attorney<br>☒ Attorney for: JOHN R.D. FREMONT | 2:16-cv-07973-JAK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JOHN R.D. FREMONT<br><br>Debtor(s).<br><br>JOHN R.D. FREMONT,<br><br>Plaintiff(s) (if applicable).<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s) (if applicable). | CASE NO.: 2:12-bk-46765-TD<br><br>ADVERSARY NO.: 2:13-ap-02200-DS<br>(if applicable)<br><br>CHAPTER: 7<br><br><br><br><br>**NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): JOHN R.D. FREMONT

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☒ Plaintiff
☐ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

December 2015                                       Page 1                                    Official Form 417A

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
ORDER GRANTING THE UNITED STATES' MOTION FOR RECONSIDERATION OF ITS MOTION (#62) (attached hereto as Exhibit A); and
JUDGMENT (#63) (attached hereto as Exhibit B)
2. The date the judgment, order, or decree was entered: 10/07/2016

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: UNITED STATES OF AMERICA

   Attorney:

   CHARLES PARKER (Cal. Bar No. 283078) Assistant United States Attorney
   300 N. Los Angeles Street
   Federal Building, Suite 7211
   Los Angeles, CA 90012
   Telephone: (213) 894-2740
   Facsimile: (213) 894-0115   Email: charles.parker@usdoj.gov

2. Party:

   Attorney:

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/S/   Deborah R. Bronner                                Date: 10/19/2016
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

EXHIBIT A

| | |
|---|---|
| 1 | EILEEN M. DECKER<br>United States Attorney |
| 2 | THOMAS D. COKER<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CHARLES PARKER (Cal. Bar No. 283078) |
| 4 | Assistant United States Attorney<br>300 N. Los Angeles Street |
| 5 | Federal Building, Suite 7211<br>Los Angeles, CA 90012 |
| 6 | Telephone: (213) 894-2740<br>Facsimile: (213) 894-0115 |
| 7 | Email: charles.parker@usdoj.gov |

FILED & ENTERED

OCT 07 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

JOHN R.D. FREMONT

Debtor.

JOHN R.D. FREMONT,

Plaintiff,

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:12-bk-46765 TD

Chapter 7

Adversary No. 2:13-ap-02200 DS

**ORDER GRANTING THE UNITED STATES' MOTION FOR RECONSIDERATION OF ITS MOTION FOR SUMMARY JUDGMENT**

Date:    October 4, 2016
Time:    2:00 p.m.
Ctrm:    1339
         255 E. Temple Street
         Los Angeles, CA 90012

The court, having reviewed and considered the United States' "Motion to Reconsider" (the "Motion," Docket No. 54), Debtor John Fremont's opposition to the Motion (Docket No. 56), the United States' reply to the opposition (Docket No. 57), for the reasons stated at the hearing on the Motion, and for good cause shown,

IT IS HEREBY ORDERED THAT the Motion is granted.

IT IS FURTHER ORDERED THAT the order denying the United States motion for summary judgment (Docket No. 25) is vacated and judgment shall be entered in favor of the United States

1

Case 2:16-cv-02787-SJO Document 1, Filed 10/26/16, Page 5 of 17 Page ID #:5
Case 2:13-ap-02200-DS Doc 67 Filed 10/26/16 Entered 10/26/16 10:59:47 Desc Main Document Page 7 of 19
Case 2:13-ap-02200-DS Doc 662 Filed 10/19/16 Entered 10/07/16 15:55:49 Desc Main Document Page 5 of 9 Page 2 of 2

1 | herewith.

2

3 ####

...

24 | Date: October 7, 2016

Deborah J. Saltzman
United States Bankruptcy Judge

EXHIBIT B

1  EILEEN M. DECKER
   United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   CHARLES PARKER (Cal. Bar No. 283078)
4  Assistant United States Attorney
   300 N. Los Angeles Street
5  Federal Building, Suite 7211
   Los Angeles, CA 90012
6  Telephone:(213) 894-2740
   Facsimile: (213) 894-0115
7  Email: charles.parker@usdoj.gov

FILED & ENTERED

OCT 07 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

8  Attorneys for the United States of America

9                UNITED STATES BANKRUPTCY COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                     LOS ANGELES DIVISION

12 In re:                              Case No. 2:12-bk-46765 TD

13 JOHN R.D. FREMONT,                  Chapter 7

14       Debtor.                       Adversary No. 2:13-ap-02200 DS

15                                     JUDGMENT

16 JOHN R.D. FREMONT,

17       Plaintiff,

18 UNITED STATES OF AMERICA,

19       Defendant.

20

21

22       On October 4, 2016, the court heard argument on the United States' "Motion to Reconsider its
23 Motion for Summary Judgment" (the "Motion," Docket No. 54) and an order was thereafter entered
24 granting the motion. Pursuant to court's order granting the Motion and all other documents properly
25 before the court,

26       IT IS HEREBY ORDERED ADJUDGED AND DECREED that judgment is entered against
27 plaintiff John R.D. Fremont, finding that plaintiff's 2001, 2002, and 2003 federal income taxes, plus
28 interest thereon, are excepted from discharge under 11 U.S.C. § 523(a)(1)(B)(i).

1

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Internal Revenue
2  Service's statutory liens against plaintiff for years 2001, 2002, and 2003 are valid against plaintiff.
3  IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT that the United States has
4  not violated the discharge injunction in the related Chapter 7 case.
5  ###
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  Date: October 7, 2016
25  Deborah J. Saltzman
    United States Bankruptcy Judge
26
27
28

2

Case 2:13-ap-02200-DS Doc 66 Filed 10/19/16 Entered 10/19/16 13:20:17 Desc
Main Document Page 9 of 9

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/19/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 10/19/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery:
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
Attn: Honorable Deborah J. Saltzman
255 E. Temple Street, Suite 1334, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 10/19/2016 | Laura Jerez | /s/ |

December 2015     Page 3     Official Form 417A

| Attorney or Party Name, Address and Telephone Number: | FOR COURT USE ONLY |
|---|---|
| Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| Debtor(s). | CASE NO.: <br><br> **ADVERSARY NO.:** |
| Plaintiff(s). <br> vs. <br><br> Defendant(s). | **NOTICE OF TRANSCRIPT(S)** <br><br> DATE NOTICE OF <br> APPEAL FILED: |

**TO:    CLERK, U. S. BANKRUPTCY COURT AND OTHER PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the following action has been taken:

[ ]    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ]    As retained counsel (or litigant proceeding in pro per), I have requested a copy of the transcript and guarantee payment of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of the order.

**DATE TRANSCRIPT(S) ORDERED**        **FOR HEARING DATE(S)**

_____          _____
_____          _____
_____          _____
_____          _____

DATED: _____        _____
                                                                                **Signature**

*****SPECIAL INSTRUCTIONS*****

**THIS IS NOT AN ORDER FOR A TRANSCRIPT.** To order a transcript, please use the Court approved TRANSCRIPT ORDER FORM.

The original and 2 copies of this Notice, accompanied by a Proof of Service on opposing counsel, are to be filed with the U. S. Bankruptcy Court within 14 days of the filing of the Notice of Appeal.

---

**NOTICE OF TRANSCRIPT(S) (Adversary)**
APPEALS: NTC-TSC AD (Revised format 12/09)

# TRANSCRIPT ORDERING INSTRUCTIONS

### TRANSCRIPT REQUESTS
A separate form must be completed for **each** hearing date requested. Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.

Four (4) types of transcript orders:

- **Ordinary:** A transcript to be delivered within thirty (30) calendar days after receipt of the deposit.
- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of the deposit.
- **Expedited:** A transcript to be delivered within seven (7) calendar days after receipt of the deposit.
- **Daily:** A transcript to be delivered within 24 hours after receipt of the deposit.

### 341(a) MEETING OF CREDITORS:
The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

### FILE THE TRANSCRIPT ORDER FORM
Parties with an ECF account must file the *Transcript Order Form* in CM/ECF on the related case docket. Use docket event "*Transcript Order Form (Public Request)*." As with all ECF filings, the completed PDF *Transcript Order Form* must be "flattened" before electronically filing through ECF (click here to view the procedure). **Self-represented litigants and parties without an ECF account** may hand-deliver or mail the form to the division where the hearing was held.\*

**NOTE:** The Court does not accept transcript requests via fax, email or telephone.

### TRANSCRIPT PROCESSING
The Court does not transcribe court proceedings. When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the *Transcript Order Form*. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider **directly** if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court. For more information, go to www.cacb.uscourts.gov/track-transcript-status

### TRANSCRIPT COSTS/FORMS OF PAYMENT
The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts).

| *DIVISION | ADDRESS |
| --- | --- |
| **Los Angeles (LA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street, Suite 940, Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Northern (ND)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street, Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Riverside (RS)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street, Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **San Fernando Valley (SV)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard, Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Santa Ana (SA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street, Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPROVED TRANSCRIPTION SERVICE PROVIDERS

**AD HOC TRANSCRIPTION, LLC**
241 Sussex Avenue
Newton, NJ 07860
Ph:(888) 516-5553
Fax: (800) 878-5061
Email: info@adhoctranscription.com
www.AdHocTranscription.com

**AVTRANZ**
388 Market Street, Suite 1300
San Francisco, CA 94111
Ph:(800) 257-0885
Fax: (866) 954-9068
Email: sales@avtranz.com
www.AVTranz.com

**BRIGGS REPORTING CO., INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph: (310) 410-4151
Fax: (858) 453-9622
Email: briggs_reporting@sbcglobal.net
www.BriggsReporting.com

**ECHO REPORTING, INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph:(858) 453-7590
Fax: (858) 453-9622
Email: echoreporting@yahoo.com
www.EchoReportinginc.com

**eSCRIBERS**
700 W. 192nd Street, Suite 607
New York, NY 10040
Ph: 213-943-3843
Fax: 973-954-5619
Email: operations@escribers.net
www.escribers.net

**EXCEPTIONAL REPORTING SERVICES, INC.**
14633 S. Padre Island Drive, Suite 103
Corpus Christi, TX 78418
Ph:(361) 949-2988, ext. 0
Fax: (361) 949-7799
Email: transcripts@exceptionalreporting.com
www.ExceptionalReporting.com

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**
17835 Ventura Blvd., Suite 310
Encino, CA 91316
Ph: (888) 272-0022, ext. 201 or ext. 206
Fax: (818) 343-7116
Email: mhyatt@benhyatt.com
www.BenHyatt.com

**J & J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, NJ 08619
Ph: (609) 586-2311
Fax: (609) 587-3599
Email: JJcourt@JJcourt.com
www.JJcourt.com

(Revised 2/5/15)



**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

ORDER No. _____
CHAPTER _____
APPEAL?  ☐Yes ☐No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: _____ Attorney Bar# _____

Law Firm: _____

Mailing Address: _____
_____

Person to Contact: _____

Telephone: (_____) _____ E-mail: _____

Bankruptcy Case #: _____ Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): _____ Time: _____

Debtor: _____

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: _____ Courtroom #: _____

**TRANSCRIBER:** _____ **ALTERNATE:** _____
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)          ☐ Entire Hearing
☐ 14 Days                     ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)          ☐ Testimony of Witness _____
☐ Daily (24 hours)            ☐ Other*                  (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

**TO BE COMPLETED BY THE COURT**

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

**NOTE TO TRANSCRIBER**

\*\*Judge ordered transcripts: Contact Procurement (213) 894-3836 with price quote prior to commencement of work.

*Rev. 4/17/15. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

**UNITED STATES BANKRUPTCY
APPELLATE PANEL OF
THE NINTH CIRCUIT**

Effective November 18, 1988; as amended May 4, 2010.

# AMENDED ORDER CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

## JUDICIAL COUNCIL OF THE NINTH CIRCUIT AMENDED ORDER CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

1.   Continuing the Bankruptcy Appellate Panel Service.

   (a) Pursuant to 28 U.S.C. § 158(b)(1) as amended by the Bankruptcy Reform Act of 1994, the judicial council hereby reaffirms and continues a bankruptcy appellate panel service which shall provide panels to hear and determine appeals from judgments, orders and decrees entered by bankruptcy judges from districts within the Ninth Circuit.

   (b) Panels of the bankruptcy appellate panel service may hear and determine appeals originating from districts that have authorized such appeals to be decided by the bankruptcy appellate panel service pursuant to 28 U.S.C. § 158(b)(6).

   (c) All appeals originating from those districts shall be referred to bankruptcy appellate panels unless a party elects to have the appeal heard by the district court in the time and manner and form set forth in 28 U.S.C. § 158(c)(1) and in paragraph 3 below.

   (d) Bankruptcy appellate panels may hear and determine appeals from final judgments, orders and decrees entered by bankruptcy judges and, with leave of bankruptcy appellate panels, appeals from interlocutory orders and decrees entered by bankruptcy judges.

   (e) Bankruptcy appellate panels may hear and determine appeals from final judgments, orders, and decrees entered after the district court from which the appeal originates has issued an order referring bankruptcy cases and proceedings to bankruptcy judges pursuant to 28 U.S.C. § 157(a).

2.    **Immediate Reference to Bankruptcy Appellate Panels.**

Upon filing of the notice of appeal, all appeals are immediately referred to the bankruptcy appellate panel service.

3. **Election to District Court - Separate Written Statement Required.**

A party desiring to transfer the hearing of an appeal from the bankruptcy appellate panel service to the district court pursuant to 28 U.S.C. § 158(c)(1) shall timely file a separate written statement of election expressly stating that the party elects to have the appeal transferred from the bankruptcy appellate panel service to the district court.

(a) Appellant: If the appellant wishes to make such an election, appellant must file a separate written statement of election with the clerk of the bankruptcy court at the time of filing the notice of appeal. Appellant shall submit the same number of copies of the statement of election as copies of the notice of appeal. See Bankruptcy Rule 8001(a). When such an election is made, the clerk of the bankruptcy court shall forthwith transfer the case to the district court. The clerk of the bankruptcy court shall give notice to all parties and the clerk of the bankruptcy appellate panels of the transfer at the same time and in the same manner as set forth for serving notice of the appeal in Bankruptcy Rule 8004.

(b) All Other Parties: In all appeals where appellant does not file an election, the clerk of the bankruptcy court shall forthwith transmit a copy of the notice of appeal to the clerk of the bankruptcy appellate panels. If any other party wishes to have the appeal heard by the district court, that party must, within thirty (30) days after service of the notice of appeal, file with the clerk of the bankruptcy appellate panels a written statement of election to transfer the appeal to the district court. Upon receipt of a timely statement of election filed under this section, the clerk of the bankruptcy appellate panels shall forthwith transfer the appeal to the appropriate district court and shall give notice of the transfer to the parties and the clerk of the bankruptcy court. Any question as to the timeliness of an election shall be referred by the clerk of the bankruptcy appellate panels to a bankruptcy appellate panel motions panel for determination.

4.    **MOTIONS DURING ELECTION PERIOD**

All motions relating to an appeal shall be filed with the bankruptcy appellate panel service unless the case has been transferred to a district court. The bankruptcy appellate panels may not dismiss or render a final disposition of an appeal within thirty (30) days from the date of service of the notice of appeal, but may otherwise fully consider and dispose of all motions.

5.  **PANELS**

Each appeal shall be heard and determined by a panel of three judges from among those appointed pursuant to paragraph 6, provided however that a bankruptcy judge shall not participate in an appeal originating in a district for which the judge is appointed or designated under 28 U.S.C. § 152. In addition, the panel may hear and determine appeals en banc under rules promulgated by and approved as provided in section 8 of this order.

6.  **MEMBERSHIP OF BANKRUPTCY APPELLATE PANELS**

The bankruptcy appellate panel shall consist of seven members serving seven-year terms (subject to reappointment to one additional three-year term). The judicial council shall periodically examine the caseload of the bankruptcy appellate panel service to assess whether the number of bankruptcy judges serving should change. Appointment of regular and pro tem bankruptcy judges to service on the bankruptcy appellate panel shall be governed by regulations promulgated by the Judicial Council.

(a) When a three-judge panel cannot be formed from the judges designated under subparagraph (a) to hear a case because judges have recused themselves, are disqualified from hearing the case because it arises from their district, or are otherwise unable to participate, the Chief Judge of the Ninth Circuit may designate one or more other bankruptcy judge(s) from the circuit to hear the case.

(b) In order to provide assistance with the caseload or calendar relief, to constitute an en banc panel, or otherwise to assist the judges serving, or to afford other bankruptcy judges with the opportunity to serve on the bankruptcy appellate panels, the Chief Judge of the Ninth Circuit may designate from time to time one or more other bankruptcy judge(s) from the circuit to participate in one or more panel sittings.

7.  **CHIEF JUDGE**

The members of the bankruptcy appellate panel service by majority vote shall select one of their number to serve as chief judge.

8.  **RULES OF PROCEDURE**

(a)  Practice before the bankruptcy appellate panels shall be governed by Part VIII of the Federal Rules of Bankruptcy Procedure, except as provided in this order or by rule of the bankruptcy appellate panel service adopted under subparagraph (b).

(b)  The bankruptcy appellate panel service may establish rules governing practice and procedure before bankruptcy appellate panels not inconsistent with the Federal Rules of Bankruptcy Procedure. Such rules shall be submitted to, and approved by, the Judicial Council of the Ninth Circuit.

9.  **PLACES OF HOLDING COURT.**

Bankruptcy appellate panels may conduct hearings at such times and places within the Ninth Circuit as it determines to be appropriate.

10.  **CLERK AND OTHER EMPLOYEES.**

(a) Clerk's Office. The members of the bankruptcy appellate panel service shall select and hire the clerk of the bankruptcy appellate panel. The clerk of the bankruptcy appellate panel may select and hire staff attorneys and other necessary staff. The chief judge shall have appointment authority for the clerk, staff attorneys and other necessary staff. The members of the bankruptcy appellate panel shall determine the location of the principal office of the clerk.

(b) Law Clerks. Each judge on the bankruptcy appellate panel service shall have appointment authority to hire an additional law clerk.

11.  **EFFECTIVE DATE**

This Order shall be effective as to all appeals originating in those bankruptcy cases that are filed after the effective date of this Order. For all appeals originating in those bankruptcy cases that were filed before October 22, 1994, the Judicial Council's prior Amended Order, as revised October 15, 1992, shall apply. This Order, insofar as just and practicable, shall apply to all appeals originating in those bankruptcy cases that were filed after the effective date of the Bankruptcy Reform Act of 1994, October 22, 1994, but before the date of this Order.

IT IS SO ORDERED.

DATE: April 28, 1995; amended May 9, 2002, amended May 4, 2010.