# General Docket
## U. S. Bankruptcy Appellate Panel for the Ninth Circuit

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 16-1351<br>John Fremont v. USA<br>**Appeal From:** California Central - Los Angeles<br>**Fee Status:** fee paid | **Docketed:** 10/20/2016<br>**Termed:** 10/21/2016 |

**Case Type Information:**
  **1)** Bankruptcy
  **2)** Chapter 7 Non-Business - Adv
  **3)** null

**Originating Court Information:**
  **District:** 0973-2 : 2:12-bk-46765-TD             **Adversary Proceeding:** 2:13-ap-02200-DS
  **Trial Judge:** Deborah J. Saltzman, U.S. Bankruptcy Judge
  **Date Filed:** 12/27/2013
  **Date Order/Judgment:**     **Date NOA Filed:**     **Date Rec'd BAP:**
  10/07/2016                   10/19/2016              10/19/2016

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

---

In re: JOHN R.D. FREMONT
            Debtor
------------------------------

| | |
|---|---|
| JOHN R.D. FREMONT<br>        Appellant | Deborah R. Bronner<br>Direct: 310-572-1286<br>[COR NTC Retained]<br>Law Offices of Deborah R. Bronner<br>Suite 116B<br>11600 Washington Place<br>Los Angeles, CA 90066 |
| v. | |
| UNITED STATES OF AMERICA<br>        Appellee | Charles William Parker, Assistant U.S. Attorney<br>Direct: (213) 894-2740<br>[COR NTC US Attorney]<br>Federal Building<br>Suite 7211<br>300 North Los Angeles Street<br>Los Angeles, Ca 90012-0000 |

In re:  JOHN R.D. FREMONT

       Debtor

------------------------------

JOHN R.D. FREMONT

       Appellant

v.

UNITED STATES OF AMERICA

       Appellee

| | | | |
|---|---|---|---|
| 10/20/2016 | ☐ 1<br>19 pg, 1.35 MB | | Received NOTICE OF APPEAL filed in Bankruptcy Court on 10/19/2016, w/ order on appeal, and notice of referral. (FB) [Entered: 10/20/2016 11:27 AM] |
| 10/20/2016 | ☐ 2<br>28 pg, 331.03 KB | | Sent BRIEFING ORDER & NOTICE to appellant John R.D. Fremont. Copies to all parties. Sent Bankruptcy Record Request Form to Bankruptcy Court. Appellant John R.D. Fremont's opening brief due 12/05/2016. (FB) [Entered: 10/20/2016 11:31 AM] |
| 10/20/2016 | ☐ 3<br>1 pg, 48.34 KB | | Letter sent re: Availability of Appellate Mediation Program. (FB) [Entered: 10/20/2016 11:53 AM] |
| 10/21/2016 | ☐ 4<br>4 pg, 337.2 KB | | Filed APPELLEE'S STATEMENT OF ELECTION by Attorney Charles William Parker for Appellee USA. Served on 10/20/2016. Objection is timely filed. (FB) [Entered: 10/21/2016 11:31 AM] |
| 10/21/2016 | ☐ 5<br>24 pg, 1.75 MB | | Notice sent 10/21/2016 to District Court transferring appeal per objection. (FB) [Entered: 10/21/2016 11:33 AM] |
| 10/21/2016 | ☐ 6 | | CASE CLOSED: Election without judicial action; Transferred by election. (FB) [Entered: 10/21/2016 11:37 AM] |

Case 2:16-cv-07973-JAK   Document 1-1   Filed 10/26/16   Page 4 of 4   Page ID #:21

- ● **Documents and Docket Summary**
- ○ **Documents Only**

- ☑ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB