FILED
NOV 17 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                           Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
11-18-2016
CENTRAL DISTRICT OF CALIFORNIA
BY: DD                  DEPUTY

| | |
|---|---|
| In re:<br><br>John R.D. Fremont<br><br>Debtor(s) | BAP/USDC NO.: 2:16-cv-7973 JAK<br>CASE NO.: 2:12-bk-46765-TD<br>ADVERSARY NO.: 2:13-ap-02200-DS<br>APPEAL DOCKET ENTRY NO.: 66 |
| John R.D. Fremont<br><br>Plaintiff(s)<br>vs.<br>United States of America<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Deborah R. Bonner
11600 Washington Place, Suite 116A
Los Angeles, CA 90066

Attorney of Record for Appellee:
Charles Parker
300 N. Los Angeles Street, Suite 7211
Los Angeles, CA 90012

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 11/17/2016        By: SONNY MILANO
                            Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    - ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    - ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee

    - ☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    - ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    - ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    - ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    - ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:

    Deborah R Bronner    debbronner@aol.com
    Charles Parker    charles.parker@usdoj.gov, USACAC.criminal@usdoj.gov
    Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**