Deborah R. Bronner, Bar No. 130305
LAW OFFICES OF DEBORAH R. BRONNER
11600 Washington Place, Suite 116A
Los Angeles, CA 90066
Telephone: (310) 572-1286
Facsimile: (310) 572-0112

Attorney for Appellant
JOHN R.D. FREMONT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>JOHN R.D. FREMONT<br><br>Debtor.<br><br>———————————————<br><br>JOHN R.D. FREMONT,<br><br>Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Appellee. | Ninth Circuit Case No.:<br>17-55842<br><br>Dist. Court Case No.:<br>2:16-cv-7973-JAK<br><br>Bankruptcy Court Case No.:<br>2:12-bk-46765-TD<br><br>Adversary Case No.:<br>2:13-ap-02200-DS<br><br>APPELLANT'S DESIGNATION OF RECORD ON APPEAL |

Pursuant to FRAP 6(b)(2)(B)(i), Appellant JOHN R.D. FREMONT hereby designates the following record on appeal to the Ninth Circuit Court of Appeals:

The entirety of the record as certified by the deputy clerk of the United States Bankrupcty Court for the Central District of California, on appeal to the United States District Court for the Central District of California, Certificate of Readiness and Completion of Record on Appeal [Docket Entry No. 8 herein, filed November 18, 2016], inclusive of the following docket entries and hearing transcripts from U.S. Bankruptcy Court Adversary Case No. 2:13-ap-02200-DS, in

-1-

APPELLANT'S DESIGNATION OF RECORD ON APPEAL

addition to following docket entries from U.S. District Court Case No. 2:16-cv-07973-JAK:

## DOCKET ENTRIES AND HEARING TRANSCRIPTS FROM U.S. BANKRUPCTY COURT ADVERSARY CASE NO. 2:13-ap-02200-DS

| Filing Date | Docket No. | Description |
| --- | --- | --- |
| 12/27/2013 | 1 | Complaint |
| 02/03/2014 | 4 | Answer to Complaint |
| 08/20/2014 | 15 | Motion for Summary Judgment |
| 08/20/2014 | 16 | Supp. Joint Statement of Undisputed Facts |
| 08/20/2014 | 18 | Supp. Exhibits A through I |
| 09/11/2104 | 21 | Opposition to Motion for Summary Judgment |
| 09/18/2014 | 22 | Reply re Motion for Summary Judgment |
| 10/09/2014 | 23 | Motion to Stay Pending Appeal |
| 10/22/2014 | 24 | Opposition to Motion to Stay Pending Appeal |
| 10/24/2014 | 25 | Order Denying Motion for Summary Judgment |
| 03/25/2015 | 35 | Motion to Stay Pending Appeal |
| 03/27/2015 | 38 | Amended Motion to Stay Pending Appeal |
| 03/31/2015 | 42 | Non-opposition to Motion to Stay Pending Appeal |
| 04/28/2015 | 47 | Order on Motion to Stay Pending Appeal |
| 07/13/2016 | 49 | Notice of Decision |
| 09/06/2016 | 54 | Motion for Reconsideration |
| 09/16/2016 | 56 | Opposition to Motion for Reconsideration |
| 09/27/2016 | 57 | Reply re Motion for Reconsideration |
| 10/07/2016 | 62 | Order Granting Motion for Reconsideration |
| 10/07/2016 | 63 | Judgment |
| 10/19/2016 | 66 | Notice of Appeal |
| 11/02/2016 | 72 | Appellant's Designation of Record on Appeal |
| 11/16/2016 | 79 | United States' Supplemental Designation of Record [inclusive of additional docket entries as specified therein from Bankruptcy Case No. 2:12-bk-46765-TD and Adversary Case No. 2:13-ap-02200-DS] |

| Filing Date | Docket No. | Description |
|---|---|---|
| 11/16/2016 | 81 | Transcript of Hearing re Motion for Reconsideration of the Government's Motion for Summary Judgment held on 10/04/2016 in Court Room 1339 at 2:00 PM. |
| 11/17/2016 | 83 | Transcript of Hearing re Motion of the United States of America for Summary Judgment held on 10/02/2014 in Court Room 1345 at 11:00 AM. |
| 11/17/2016 | 84 | Certificate of Readiness and Completion of Record on Appeal to United States District Court |

**DOCKET ENTRIES FROM U.S. DISTRICT COURT**

**CASE NO. 2:16-cv-07973-JAK**

| Filing Date | Docket No. | Description |
|---|---|---|
| 11/18/2016 | 8 | Certificate of Readiness and Completion of Record on Appeal to United States District Court |
| 12/23/2016 | 12 | Appellant's Opening Brief |
| 12/23/2016 | 13 | Appellant's Opening Brief [Attachments thereto] |
| 01/23/2017 | 14 | Appellee's Answering Brief |
| 02/06/2017 | 16 | Appellant's Reply Brief |
| 05/12/2017 | 17 | Order re Appeal from Bankruptcy Court |
| 06/09/2017 | 18 | Notice of Appeal |

Respectfully submitted,

DATED: June 22, 2016

LAW OFFICES OF DEBORAH R. BRONNER

/s/ Deborah R. Bronner
DEBORAH R. BRONNER
Attorney for Appellant
JOHN R.D. FREMONT

-3-

APPELLANT'S DESIGNATION OF RECORD ON APPEAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11600 Washington Place, Suite 116A, Los Angeles, CA 90066

A true and correct copy of the foregoing document entitled: APPELLANT'S DESIGNATION OF RECORD ON APPEAL will be served or was served **(a)** on the judge in chambers in the form and manner required; and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 22, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Deborah R. Bronner  debbronner@aol.com
- Charles Parker  charles.parker@usdoj.gov
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 22, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Julie Ciamporcero Avetta
U.S. Department of Justice, Tax Division, Appellate Section
P.O. Box 502
Washington, DC 20044

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LR, on June 22, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery:

United States District Court, Central District of California
Attn: Honorable John A. Kronstadt, District Judge
350 W. 1st Street, 4th Floor
Los Angeles, CA 90012.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/22/2017 | Barbara Souder | *(signed)* Barbara Souder |
|---|---|---|
| Date | Printed Name | Signature |