Deborah R. Bronner, Bar No. 130305
LAW OFFICES OF DEBORAH R. BRONNER
11600 Washington Place, Suite 116A
Los Angeles, CA 90066
Telephone:    (310) 572-1286
Facsimile:    (310) 572-0112

Attorney for Appellant
JOHN R.D. FREMONT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>JOHN R.D. FREMONT<br><br>Debtor.<br><br>―――――――――――――――<br><br>JOHN R.D. FREMONT,<br><br>Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Appellee.<br>―――――――――――――――| Ninth Circuit Case No.:<br>17-55842<br><br>Dist. Court Case No.:<br>2:16-cv-7973-JAK<br><br>Bankruptcy Court Case No.:<br>2:12-bk-46765-TD<br><br>Adversary Case No.:<br>2:13-ap-02200-DS<br><br>APPELLANT'S STATEMENT OF ISSUES ON APPEAL |

Pursuant to FRAP 6(b)(2)(B)(i), Appellant JOHN R.D. FREMONT hereby submits the following Statement of Issues on Appeal:

(A) Did the Bankruptcy Court err in granting the Government's Motion for Reconsideration when under the circumstances:

(1) There was no intervening change in controlling law or other extraordinary circumstance sufficient to warrant reconsideration of the order denying the Government's Motion for Summary Judgment?

-1-

APPELLANT'S STATEMENT OF ISSUES ON APPEAL

(2) The Government introduced and relied new evidence for the first time as part of its Motion for Reconsideration which was not included in the Joint Statement of Undisputed Facts or otherwise filed in support of the original Motion for Summary Judgment?

(3) The debtor was denied an opportunity to present evidence of his good faith in filing a late income tax return and to show why it nevertheless constituted an honest and reasonable attempt to comply with the tax law?

Respectfully submitted,

DATED: June ___, 2016

LAW OFFICES OF DEBORAH R. BRONNER

/s/   Deborah R. Bronner
DEBORAH R. BRONNER
Attorney for Appellant
JOHN R.D. FREMONT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11600 Washington Place, Suite 116A, Los Angeles, CA 90066

A true and correct copy of the foregoing document entitled: APPELLANT'S STATEMENT OF ISSUES ON APPEAL will be served or was served **(a)** on the judge in chambers in the form and manner required; and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 22, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Deborah R. Bronner  debbronner@aol.com
- Charles Parker  charles.parker@usdoj.gov
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 22, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Julie Ciamporcero Avetta
U.S. Department of Justice, Tax Division, Appellate Section
P.O. Box 502
Washington, DC 20044

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LR, on June 22, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery:

United States District Court, Central District of California
Attn: Honorable John A. Kronstadt, District Judge
350 W. 1st Street, 4th Floor
Los Angeles, CA 90012.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/22/2017 | Barbara Souder | *signature* |
|---|---|---|
| Date | Printed Name | Signature |